95 P.3d 26

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Kemeny v. Kemeny | 25476 | 07/16/2004 | Affirmed |
| Chung v. Kim | 25058 | 07/16/2004 | Affirmed |
| State v. Aeto | 25334 | 07/23/2004 | Affirmed |
| State v. Myrick | 25485 | 07/30/2004 | Affirmed |